| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** March 31, 2022 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 2:30 p.m. |
| | **END:** 4:45 p.m. |

**DOCKET NO:** 21-cv-5431 (EK)

**CASE** Santos v. Dialysis Clinic, Inc.

☐ INITIAL CONFERENCE                ☐ OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE          ☐ FINAL/PRETRIAL CONFERENCE
X SETTLEMENT CONFERENCE        X TELEPHONE CONFERENCE
☐ MOTION HEARING                      ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

**ATTORNEY**

| |
|---|
| Jason J. Rozger, Raya Saksouk, plaintiff also present |

**DEFENDANTS**

**ATTORNEY**

| |
|---|
| Tim K. Garrett, Dan Watson (Dir. of HR) also present |
| |

☐ **FACT DISCOVERY TO BE COMPLETED BY** _____
☐ **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐ **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐ **PL. TO SERVE DEF. BY:** _____   **DEF. TO SERVE PL. BY:** _____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Settlement discussions held. Each party is directed to respond to the Court's settlement recommendation, via email, by 4:00 p.m. on April 1, 2022.