UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PATRICK SANTOS,                                             Case No. 1:21-cv-5431(EK)(RLM)

        Plaintiff,                                              JURY DEMAND

-v-

DIALYSIS CLINIC, INC.

        Defendant..
-------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE AND DISMISSAL

As evidenced by the signatures of counsel below, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's April 1, 2022 Order, Plaintiff Patrick Santos and Defendant Dialysis Clinic, Inc. hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorney's fees and expenses.

Dated this 2nd day of May, 2022.

        Respectfully submitted,

        */s/ Jason Rozger*
        Jason Rozger
        Menken Simpson & Rozger LLP
        80 Pine Street, 33rd Floor
        New York, New York 10005
        jrozger@nyemployeelaw.com

        *Counsel for Plaintiff*

/s/Tim K. Garrett
Tim K. Garrett (TN BPR# 012083)
Mary Leigh Pirtle (TN BPR# 026659)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
tgarrett@bassberry.com
mpirtle@bassberry.com
*Admitted Pro Hac Vice*

Rob J. Thorpe
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7231
rthorpe@barclaydamon.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Jason Rozger
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Floor
New York, New York 10005
jrozger@nyemployeelaw.com

*Counsel for Plaintiff*

/s/Tim K. Garrett

32895130.1